UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-3061**

Consumer Financial Protection Bureau

v.

Pennsylvania Higher Education Assistance Agency
(M.D. Pa. No. 1-24-cv-00756)

**ORDER**

To facilitate electronic filing for larger groups of parties represented by the same attorney, the first named party in each group will be the designated filer, as follows,

For all parties represented by John Wells, Esq., or any other attorney from the law firms of Wilmer Cutler Pickering Hale and Dorr LLP or Dickie, McCamey & Chilcote, P.C, the designated filer shall be The National Collegiate Master Student Loan Trust I.

Counsel is advised that the designated filer is for cm/ecf filing purposes only. Names of all represented parties must be listed on all forms, motions, and briefs. Attorneys representing smaller groups of parties must select all individual persons or entities as filers in cm/ecf.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 7, 2024
Lmr/cc: All Counsel of Record