# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, et al., | No. 24-3061<br><br>(M.D. Pa. No. 1:24-cv-00756-JPW) |

## JOINT MOTION FOR PARTIAL REMAND

The parties hereby move for partial remand of the above-captioned appeal and in support thereof state as follows:

1. The parties have participated in the Third Circuit's Mediation Program with Penny Conly Ellison serving as the mediator. With the assistance of Ms. Ellison, the parties agreed to the terms of a proposed settlement.

2. A condition of that settlement is the District Court's granting of a motion to partially vacate or modify the Stipulated Final Judgments the District Court entered, 1:24-cv-00756-JPW, Dkt. Nos. 50–51 (the "Stipulated Judgments").

3. Accordingly, the parties hereby request that this Court order a partial remand of this case for the purpose of permitting the District Court to entertain a motion to partially vacate or modify the Stipulated Judgments.

4. Upon the granting of such motion by the District Court, the parties will file a stipulation in accordance with Federal Rule of Appellate Procedure 42(b) dismissing this appeal.

Dated: August 12, 2025

Mark Paoletta
*Chief Legal Officer*
Victoria Dorfman
*Senior Legal Advisor*
Christopher Deal
*Deputy General Counsel*

/s/ Joseph Frisone
Joseph Frisone
joseph.frisone@cfpb.gov
202-435-9287
*Senior Counsel*
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street NW
Washington, DC 20552

*Attorneys for Appellee
Consumer Financial Protection Bureau*

/s/ James Jarecki
James J. Jarecki
james.jarecki@pheaa.org
717-720-1568
PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY
1200 N 7th Street, 4th Floor
Harrisburg, PA 17102

*Attorney for Appellee Pennsylvania Higher Education Assistance Agency*

/s/ Rachel Rodman
Rachel Rodman
rachel.rodman@whitecase.com
202-637-6281
WHITE & CASE
701 13th Street NW
Washington, DC 20005

*Attorney for Appellant Pacific Investment Management Co LLC*

/s/ Thomas Oates
Thomas M. Oates
tom.oates@wilmerhale.com
212-295-6543
WILMER CUTLER PICKERING HALE & DORR
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Counsel for Appellees National Collegiate Master Student Loan Trust I, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National*

*Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, and National Collegiate Student Loan Trust 2007-4*

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, the foregoing Joint Motion for Partial Remand was filed electronically and served on all counsel of record through the Third Circuit Court of Appeals Electronic Case Filing (CM/ECF) system.

/s/ *Thomas Oates*
Thomas M. Oates